IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MISAEL RODRIGUEZ, (TDCJ-CID #1428016)<br>Plaintiff, | §<br>§<br>§<br>§ |
| vs. | § CIVIL ACTION H-14-3316 |
| MAJOR FERNANDEZ, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ |

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Tyler County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Gib Lewis Unit, where he is confined and which is located in Tyler County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED at Houston, Texas, on Nov. 21, 2014.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE